# EXHIBIT A

https://www.guaranteedrate.com/low-mortgage-rates/?adtrk=|cpc|

Mortgage Rates

File Edit View Favorites Tools Help

Page Safety Tools

guaranteed Rate

CALL ANYTIME: (866) 332-4705

# Low, Low Mortgage Rates at Guaranteed Rate

Our simpler mortgage process helps us offer lower rates

## Find your mortgage rate today

Product Type*

Purchase

Property State*

Select

Credit Score*

Select

Purchase Price*

$ .00

Down Payment*

$ .00

First Name*

Last Name*

Email Address*

Enter a valid email address

Preferred Phone Number*

( ) -

Get your free quote

Holy smokes, that was quick! Fast service, low rates, no nonsense. Easy to navigate web portal for moment-by-moment loan updates. Clear answers to questions without too much bank lingo. Huge range of mortgage loan products to suit different types of situations.

**- Chas Stevens, Facebook**

As the 8th largest retail mortgage lender in the United States with a 95% customer satisfaction rate, you can count on us for a fast, easy and transparent mortgage process.

Get real approval in minutes with the world's first Digital Mortgage. Receive three free credit scores, acquire real approval from Freddie Mac or Fannie Mae, then securely upload and digitally sign your loan documents – all through the Digital Mortgage from Guaranteed Rate.

## Check out today's mortgage rates and see how we compare to the competition.

### Today's rates

| LOAN TYPE | RATE | APR |
|---|---|---|
| 5-Yr ARM | 3.25% | 3.945% |
| 15-Yr Fixed | 3.25% | 3.342% |
| 30-Yr Fixed | 3.99% | 4.042% |
| VA 30-Yr Fixed | 3.5% | 3.826% |

*Rates may vary by state. Please see Assumptions for more details.

Check rates and get approved online right now in just minutes! Or give me a call and I'll answer your questions and guide you through the process!