# EXHIBIT B

SEARCH FOR P…    **SEARCH**

## WHO CALLED YOU FROM 3122790576 ?

**+1 312-279-0576**
fixed or mobile line

### 3122790576 RATINGS
**7x negative**
1x neutral

### 3122790576 CATEGORIES
**5x Nuisance call**
2x Call centre
1x Unsolicited call

SHOW MORE

## HOW TO BLOCK THIS NUMBER?

We have simple solution for you! Install our free security application into your mobile phone and stop unsolicited calls once forever!

## 3122790576 REVIEWS

Add **Your rating**

Did this number call you?

YES     NO

Do not keep the information just for yourself. Describe Your experience using our form and You will help also the other users. Thank You for Your review.

Call centre *98.193.36.2xx*            06/07/2017

guaranteed rate

Nuisance call *174.198.8.xx*     5 months ago

calls 4 - 5 times a day

Nuisance call *Sparks*     13 months ago

some scammer

Nuisance call *annonymous*     13 months ago

Some mortgage lender, which I didn't request. They call like 6x a day.

Guaranteed Rate (Call centre) *mpapopopo*     14 months ago

Turns out this is actually Guaranteed Rate, the mortgage lender. They spam calls like crazy, it would be nice if they left messages.

Nuisance call *Steven Stallone*     14 months ago

This diralect calls me night and day, about 20 times a day. Obviously it is someone with either a mental problem, or some scammer trying to get money.

Nuisance call *hossxxx*     16 months ago

scummer scammer

Unsolicited call *hossxxx*     16 months ago

crapper scummer

## SIMILAR PHONE NUMBERS

| | | |
|---|---|---|
| 3122787038 | 3122790138 | 3122790200 |
| 3122790445 | 3122790564 | 3122790568 |
| 3122790569 | 3122790570 | 3122790571 |
| 3122790572 | 3122790573 | 3122790574 |
| 3122790575 | 3122790577 | 3122790578 |
| 3122790579 | 3122790580 | 3122790581 |
| 3122790582 | 3122790583 | 3122790904 |
| 3122791045 | 3122791355 | 3122791977 |
| 3122791982 | 3122793363 | |

about | manual | contact | facebook | terms

Case: 1:17-cv-05668 Document #: 1-2 Filed: 08/03/17 Page 4 of 4 PageID #:23

Who called you from 3122790576 (3122790576)

Cookies help us deliver our services. By using our services, you agree to our use of cookies. **Find out more**

© 2013-2017 shouldianswer.com ALL RIGHTS RESERVED