IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL BARRERA, *individually and on behalf of all others similarly situated*, ) ) ) Plaintiff, ) ) v. ) ) GUARANTEED RATE, INC., a Delaware corporation, ) ) ) Defendant. ) | Civil Action No.: 1:17-cv-05668 Hon. John R. Blakey **CLASS ACTION** |

**GUARANTEED RATE, INC.'S MOTION TO COMPEL THE EXAMINATION OF PLAINTIFF'S COMPUTER AND TO PROVIDE RELEVANT DISCOVERY**

Defendant Guaranteed Rate, Inc. ("Defendant") by and through its counsel, hereby moves this Court for an order compelling a forensic examination of Plaintiff Samuel Barrera's computer and compelling Plaintiff to provide relevant discovery pertaining to other potential putative class members, as set forth in detail in the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that this Court enter an order compelling a forensic examination of Plaintiff's computer and compelling Plaintiff to provide relevant discovery pertaining to other potential putative class members.

Dated:  April 6, 2018	Respectfully submitted,

              KELLEY DRYE & WARREN LLP

By:	*/s/ Givonna S. Long*
    Givonna S. Long (#6290076)
    Kelley Drye & Warren LLP
    333 W. Wacker Dr.
    Chicago, Illinois 60606
    Phone (312) 857-7084
    glong@kelleydrye.com

    Lauri A. Mazzuchetti (*pro hac vice*)
    Kelley Drye & Warren LLP
    One Jefferson Road
    2nd Floor
    Parsippany, NJ 07054
    Phone (973) 503-5900
    lmazzuchetti@kelleydrye.com

    *Attorneys for Defendant Guaranteed Rate, Inc.*

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby deposes and states that on April 6, 2018, she caused the foregoing, **Motion to Compel the Examination of Plaintiff's Computer and to Provide Relevant Discovery**, to be electronically filed using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: */s/ Givonna S. Long*
Givonna S. Long (#6290076)
Kelley Drye & Warren LLP
333 W. Wacker Dr.
Chicago, Illinois 60606
Phone (312) 857-7084
glong@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice*)
Kelley Drye & Warren LLP
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
Phone (973) 503-5900
lmazzuchetti@kelleydrye.com

*Attorneys for Defendant Guaranteed Rate, Inc.*