IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL BARRERA, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br> v.<br><br>GUARANTEED RATE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 1:17-cv-05668<br><br>Hon. John R. Blakey |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Samuel Barrera and Defendant Guaranteed Rate, Inc. hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice as to Plaintiff Barrera and without prejudice as to any member of the proposed class.

Plaintiff will bear the reasonable costs and expenses of his April 6, 2018 deposition in the amount previously agreed upon by the parties; otherwise, each party shall bear its own costs and attorneys' fees.

Dated: April 11, 2018

Respectfully submitted,

*/s/ Gary M. Klinger*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Jonathan D. Selbin
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

1538189.1

1

Daniel M. Hutchinson
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

John T. Spragens
Email: jspragens@lchb.com
222 2nd Avenue S., Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

**KOZONIS LAW, LTD.**
Gary M. Klinger (IL. Bar 6303726)
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 312.283.3814
Fax: 773.496.8617
gklinger@kozonislaw.com
NDIL Trial Bar Member

*Attorneys for the Plaintiff and the Proposed Class*

Dated: April 11, 2018     By:     KELLEY DRYE & WARREN LLP

*/s/ Givonna S. Long*

Givonna S. Long (#6290076)
**Kelley Drye & Warren LLP**
333 W. Wacker Dr.
Chicago, Illinois 60606
Phone (312) 857-7084
glong@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice*)
**Kelley Drye & Warren LLP**
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Phone (973) 503-5900
lmazzuchetti@kelleydrye.com

*Attorneys for Defendant Guaranteed Rate, Inc.*

1538189.1                                    2

## CERTIFICATE OF SERVICE

Gary M. Klinger, an attorney, hereby certifies that he caused a copy of the foregoing to be served on all counsel of record by electronically filing the document with the Clerk of Court using the ECF system this 11th day of April, 2018.

                                                           */s/ Gary M. Klinger*
                                                            Gary M. Klinger